| United States Bankruptcy Court Southern District of California | **Voluntary Petition** |
|---|---|

| | |
|---|---|
| Name of Debtor: (if individual, enter Last, First, Middle):<br>**Ernestine B. Juhan** | |
| All Other Names used by the Debtor in the last 8 years.:<br>**Ernestine Benitez** | |
| Last four digits of Soc. Sec / Complete EIN or other Tax I.D. No.<br>**1658** | |
| Street Address of Debtor (No & Street, City, and State)<br>**581 Rush Drive**<br>**San Marcos, CA**  **92078** | |
| County of Residence or the Principal Place of Business.<br>**San Diego** | |
| Mailing Address of Debtor (If different from street Address): | |

Location of Principal Assets of Business Debtor (If different from street address above)

| Type of Debtor<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed  (Check one box) |
|---|---|---|
| ☒ Individual(s) Including Joint Debtors<br>see exhibit D on page 2 of this form<br>☐ Corporation  LLC and LLP<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below:) | ☐ Health Care Business<br>☐ Single Asset Real Estate as<br>defined in 11USC §101 (5/B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15<br>☐ Chapter 9      Recognition of a Foreign<br>☐ Chapter 11    Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15<br>☐ Chapter 13     Recognition of a Foreign<br>                     Nonmain Proceeding |

| **Chapter 15 Debtors**<br>County of Debtor's center of main interests<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check Box, if applicable)<br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts (Check one box)<br>☒ Debtors are primarily consumer    ☐ Debts are<br>debts as defined in 11 U.S. C.         primarily<br>108(8) as incurred by an individual   business debts<br>primarily for personal,<br>family, or household use." |
|---|---|---|

| Filing Fee (check one box) | Chapter 11 Debtors:  (check one Box) |
|---|---|
| ☒ Full Filing Fee attached<br>☐ Filing fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1005(b).  See Official Form No 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individual only)  Must<br>attach signed application for the court's consideration.  See Official Form 3B | ☐ Debtor is a small business debtor as defined in 11 U.S.C.§ 101(5/D)<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(5/D)<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding<br>debts owed to insiders or affiliates) are less than $2,343,300.<br><br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or<br>more classes of creditors, in accordance with 11 U.S.C, 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

**Estimated Assets**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001<br>$500,000 | $500,001<br>to $1<br>Million | $1,000,001<br>to $10<br>Million | $10,000,001<br>to $50<br>Million | $50,000,001<br>to $100<br>Million | $100,000,001<br>to $500<br>Million | $500,000,001<br>to $1 Billion | More than<br>$1 Billion |

**Estimated Liabilities**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001<br>$500,000 | $500,001<br>to $1<br>Million | $1,000,001<br>to $10<br>Million | $10,000,001<br>to $50<br>Million | $50,000,001<br>to $100<br>Million | $100,000,001<br>to $500<br>Million | $500,000,001<br>to $1 Billion | More than<br>$1 Billion |

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s)<br>**Ernestine B. Juhan** |
|---|---|

| Prior Bankruptcy Case Filed within Last 8 Years  (If more than one, attach additional sheet) | | |
|---|---|---|
| Location where Filed **None** | Case number | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of the Debtor (if more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number | Date Filed |
| District | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section (3 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐    Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he/she) may proceed under chapter 7, 11, 12, 04 13 of title 11 United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by  § 342(b).<br><br>/s/  R. Creig Greaves                                    January 20, 2012<br>**R. Creig Greaves**                                          Date |
|---|---|

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐    Yes, and Exhibit C is attached and made a part of this petition.<br>☒    No. |

| Exhibit D |
|---|
| (To be completed by every individual debtor.  (if a joint petition is filed, each spouse must complete and attach a separate Exhibit D).<br><br>☒    Exhibit D completed and signed by the debtor is attached and  made a part of this petition.<br><br>(If this is a joint petition:)<br><br>☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor  -  Venue<br>(Check any applicable box) |
|---|
| ☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States, but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Statement by a Debtor who Resides as a Tenant of Residential Property<br>Check all applicable boxes. |
|---|
| ☐    Landlord has a judgment for possession of debtor's residence.  (If box checked, complete the following)<br><br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br><br>_____<br>(Address of landlord or lessor)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, a<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)). |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| (This page must be completed and filed in every case) | **Ernestine B. Juhan** |

| Signatures |
|---|

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative of a Recognized Foreign Proceedings. |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. (If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

(If no attorney represents me and no bankruptcy petition preparer signs the petition.) I have obtained and read the notice required by § 342(b).

I request relief in accordance with the chapter of title 11, United States Code specified in this petition.

/s/ Ernestine B. Juhan

Signature of debtor: **Ernestine B. Juhan**

/s/

Signature of Joint Debtor:

Telephone Number (If not represented by attorney)

January 20, 2012

Date

### Signature of a Foreign Representative of a Recognized Foreign Proceedings.

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

(Check one box)

☐ I request relief in accordance with chapter 15 of title 11 U.S. Code
Certified copies of the documents required by 11 U.S.C.§ are attached

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

### Signature of Attorney

/s/ R. Creig Greaves

**R. Creig Greaves** (Bar # 071035)
**Attorney at Law**
110 West "C" Street, Suite 2101
San Diego, CA 92101
Tel: (619) 234-0033
Fax: (619) 234-3355

| January 20, 2012 | 071035 |
|---|---|
| Date | Bar Number |

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110: 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §§ 110(b), 110(h) and (3). if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting the maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address:

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security number of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy procedure may result in fines or imprisonment or both. 11 U.S.C. §110: 18 U.S.C. § 156.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

/s/

signature of authorized Individual:

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: **Ernestine B. Juhan** <br> Debtor(s). | CHAPTER **7** <br> CASE NO. |

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT.

Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required bo pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.

Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D.  Check one of the five statements below and attach any documents as directed.

■      1.   Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.

☐      2.   Within the 180 days before the filing of my bankruptcy case,  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.

☐      3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. [Must be accompanied by a motion for determination by the court.]  [Summarize exigent circumstances here.]

| |
|---|
| |

    If the court is satisfied with the reasons stated in your motion, it will send you and order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency.  Any extension of the 30 - day deadline can be granted only for cause and is limited to a maximum of 15 days.  A motion for extension must e filed within the 30 - day period.  Failure to fulfill these requirements may result in dismissal of your case.  If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may de dismissed.

Page 1 of 2 pages

☐       4.  I am not required to receive a credit counseling briefing because of:  [Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]

☐       Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐       Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone or through the internet.);

☐       Active military duty in a military combat zone.

☐       5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor:/s/  Ernestine B. Juhan
                     **Ernestine B. Juhan**, Debtor

Dated:    January 20, 2012

# United States Bankruptcy Court
## Southern District of California

In re: **Ernestine B. Juhan**

Case Number:

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,B,D,E,F,I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D,E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Mark if Attached | NO OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| | | | AMOUNTS SCHEDULED | | |
| A.  Real Property | X | 1 | 555,000 | | |
| B.  Personal Property | X | 3 | 11,881 | | |
| C.  Property Claimed as Exempt | X | 1 | | | |
| D.  Creditors Holding Secured Claims | X | 1 | | 555,191 | |
| E.  Creditors Holding Unsecured Priority Claims. | X | 3 | | 0 | |
| F.  Creditors Holding Unsecured Non-priority and PND Claims | X | 2 | | 27,971 | |
| G.  Executory Contracts and Unexpired Leases | X | 1 | | | |
| H.  Codebtors | X | 1 | | | |
| I.  Current Income of Individual Debtors | X | 2 | | | 3,964 |
| J.  Current Expenditures of Individual Debtors | X | 1 | | | 4,661 |
| TOTAL NUMBER OF SHEETS ATTACHED | | 16 | | | |
| Total Assets........................... | | | $566,881 | | |
| Total Liabilities.............................. | | | | $583,162 | |

**Schedules**

| Schedule C:  Total value of claimed exemptions. | $20,812 | | |
|---|---|---|---|
| Schedule I, Line 1:  Monthly gross wages, salary and commission. | Debtor | $2,802 | Spouse | $0 |
| Schedule I, Line 5:  Subtotal of payroll Deductions. | Debtor | $298 | Spouse | $0 |
| Schedule J, Line 20 C:  Monthly net income. | $2,504 | | |

**United States Bankruptcy Court**
**Southern District of California**

In re:  **Ernestine B. Juhan**

Case Number:

Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA  (28U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under Chapter 7, 11, or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.  This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations ( from Schedule E) | $0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E). | $0 |
| Claims for Death or Personal Injury Wile Debtor was Intoxicated (from Schedule E) | $0 |
| Student Loan Obligations ( from Schedule F). | $0 |
| Domestic Support, Separation Agreement, and divorce Decree Obligations Not reported on Schedule E. | $0 |
| Obligations to Pension or Profit-sharing, and Other Similar Obligations (from Schedule F) | $0 |
| Total | $0 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $3,964 |
| Average Expenses (from Schedule J, Line 16) | $4,661 |
| Current Monthly Income (from Form 22A Line 12; OR , Form 22B Line 11; OR, Form 22C Line 20) | $4,262 |

State the following:

| | | |
|---|---|---|
| 1.  Total from Schedule D. " UNSECURED PORTION, IF ANY" column | | $57,984 |
| 2.  Total from Schedule E.  "AMOUNT ENTITLED TO PRIORITY" column. | $0 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column. | | $0 |
| 4.  Total from Schedule F. | | $27,971 |
| 5.  Total of non-priority unsecured debt (1,3 & 4) | | $85,955 |

In re:  **Ernestine B. Juhan**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column so indicated.  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S PROPERTY | "H""W" "J" "C" | CURRENT MARKET VALUE OF DEBTOR'S PROPERTY WITHOUT DEDUCTING SECURED OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence 581 Rush Drive San Marcos, CA 92078 | Owner | | 500,000 | 555,191 |
| Single Family Residence 650 S Rancho Santa Fe San Marcos, CA  92078 | Mobile home for Husband's use - pays mortgage | | 55,000 | 60,865 |
| **Real Property Total....................................** | | | **$555,000** | |

Schedule A

In re:  **Ernestine B. Juhan**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J" or "C" in the column so labeled. If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".  If the property is being held for a minor child simply state the child's initials and the name and address of the child's parent or guardian, such as "AB., a minor child, by John Doe, guardian"  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed R. Bankr P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY<br>Unless otherwise indicated property is in the possession of debtor(s) at the residence listed on the petition herein.  Unless otherwise indicated, property is jointly owned in the case of husband and wife joint filing | "H"<br>"W"<br>"J"<br>"C" | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURITY/EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand | | Cash on hand. | | Nominal |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Deposits in bank  -  amounts estimated<br><br>**Wells Fargo - checking** | | 1,000 |
| 3.  Security deposits with public utilities,  telephone companies, landlords, and equipment. | X | | | |
| 4.  Household  goods  and furnishings including audio, video, and computer equipment. | | Miscellaneous Household Goods | | 2,500 |
| 5.  Books, pictures and other art objects: antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothing | | 500 |
| 7.  Furs and jewelry. | | Jewelry | | 600 |
| 8.  Firearms  and  sports, photographic and other hobby equipment | X | | | |
| 9.  Interests in insurance policies, Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10 Annuities.  Itemize and name each issuer. | X | | | |

In re:  **Ernestine B. Juhan**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | "H" "W" "J" "C" | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURITY/EXEMPTION |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. §530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars.  File separately the record(s0 of such interest(s)   11 U.S.C. § 521(c); Rule 107(b). | X | | | |
| 12 Interests in Ira, Erisa, Keogh, or other pension or profit Sharing Plans.  Give Particulars. | X | | | |
| 13.  Stock  and  Interests  in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17 Alimony,  maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18 Other liquidated debts owing debtor  including tax refunds.  Give particulars. | X | Not expecting refund for 2011 - not paying mortgage | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20.  Contingent  and  non-contingent  interests in estate of decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other  contingent  and unliquidated  claims  of  every nature, including  tax refunds, counterclaims of the debtor, and rights  to setoff claims.   Give estimated value of each | X | | | |
| 22.  Patents,  copyrights,  and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses,  franchises,  and other general intangibles.  Give particulars. | X | | | |

In re:  **Ernestine B. Juhan**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF  PROPERTY | "H" :W: :J: "C" | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURITY/EXEMPTION |
|---|---|---|---|---|
| 24.    Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C.§ 101(41A) provided the debtor by individuals in connection with obtaining a produce or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers and other vehicles and accessories.

Automobiles in debtor(s) possession at residence listed in petition unless otherwise indicated. | | 2002 Hyundai Accent    110K miles

2000 Lexus RX 300    130K miles | | 1,369

5,912 |
| 26.  Boats,    motors,    and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28. Office    equipment, furnishings and supplies. | X | | | |
| 29. Machinery,    fixtures, equipment and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops  -  growing  or harvested.  Give particulars | X | | | |
| 33.  Farming  equipments  and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. | X | | | |
| **PERSONAL PROPERTY TOTAL.................................................................** | | | | **$11,881** |

Schedule B

In re:  **Ernestine B. Juhan**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

☑    Debtor elects the exemptions to which debtor is entitled
11 U.S.C.§ 522(b)(2).

☐    Check if debtor claims a homestead    under
exemption that exceeds $146,450.*

☐    Debtor elects the exemptions to which debtor is entitled
under 11 U.S.C.§ 522(b)(3).

## California Code of Civil Procedure Section 703 Exemptions elected.
**Debtor has lived in this state for at least 2 years.**

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| AUTOMOBILE(S)<br><br>2002 Hyundai Accent | 703.140 **(b) (2)**   ($3,300 max)<br><br>Balance, if any, is claimed<br><br>under 703.140 (b) (1 and 5) | 3,300 | 1,369 |
| JEWELRY | 703.140 **(b) (4)**   ($1,350 max) | 600 | 600 |
| BOOKS AND TOOLS OF TRADE | 703.140 **(b) (6)**   ($2,075 max) | | |
| STOCK BONUS, PENSION, ANNUITY, ETC. | 703.140 **(b) (10) (E)**<br>(Necessary) | | |
| PERSONAL INJURY RECOVERY | 703.140 **(b) (11) (D)**<br>($17,425 max) | | |
| COMPENSATION FOR LOSS OF EARNINGS | 703.140 **(b) (11) (E)**<br>(Necessary) | | |
| HOUSEHOLD GOODS | | 2,500 | 2,500 |
| WEARING APPAREL | | 500 | 500 |
| AUTOMOBILES<br>2000 Lexus RX 300 | CCP 703.140 **(b)(1) and (5)** | 5,912 | 5,912 |
| BOOKS AND TOOLS OF TRADE | | | |
| DEPOSITS | | 3,000 | 1,000 |
| POSSIBLE TAX REFUND | | 5,000 | 0 |
| **UNSCHEDULED EXEMPTION RESERVE . . . . . . . . .** | | $4,913 | |
| **TOTAL. . . . . . . .** | | $21,825 | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Schedule C

In re:  **Ernestine B. Juhan**

## MUTUAL WAIVER OF RIGHT TO CLAIM STATE EXEMPTIONS, OTHER THAN THOSE PROVIDED IN CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 703.140(B), DURING PENDENCY OF BANKRUPTCY CASE.
### (California Code of Civil Procedure §703.140(a)(2))

1.    **IDENTIFICATION OF PARTIES.**  This mutual waiver, is made by **Ernestine B. Juhan** and **Herman J. Juhan**, husband and wife.

2.    **PURPOSE OF THIS WAIVER**.  This waiver is made to satisfy the requirement set forth in California Code of Civil Procedure §703.140(a)(2) regarding the election of exemptions pursuant to §703.140(b) by married debtors who file an individual Bankruptcy Petition.

3.    **LEGAL RIGHTS WAIVED.**  California Code of Civil Procedure §703.140(a)(2) provides:

"If a petition is filed individually, and not jointly for a husband or a wife, the exemptions provided by this chapter other than the provisions subdivision (b) are applicable, except that, if both husband and wife effectively waive in writing the right to claim during the period the case commenced by filing, the petition is pending.  The exemptions provided by the applicable exemption provisions of this chapter, other than subdivision (b) in any case commenced by filing a petition for either of them under Title 11 of the United States Code, then they may elect instead to use the applicable exemptions set forth in subdivision (b)."

4.    **RIGHT TO HAVE INDEPENDENT COUNSEL REVIEW WAIVER**.  Both parties acknowledge that they have been informed of their right to consult an attorney regarding the effect of this waiver on them.

5.    **MUTUAL WAIVER**.  Both parties, by executing this agreement below, hereby waive their right claim any state exemptions, other than those provided in California Code of Civil Procedure §703.140(b), during the pendency of the Chapter 7 Bankruptcy of **Ernestine B. Juhan**, filed in the U.S. Bankruptcy Court for the Southern District of California.  The foregoing is agreed to by:

Dated:  January 20, 2012                    /s/   Ernestine B. Juhan
                                            **Ernestine B. Juhan**

Dated:  January 20, 2012                    /s/   Herman J. Juhan
                                            **Herman J. Juhan**

In re:  **Ernestine B. Juhan**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all the entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, indicate that by stating "a minor child."  See 11 U.S.C. § 112; Fed. R. Bankr P 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, indicate "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by indicating in the column indicated.  If the claim is contingent unliquidated, or disputed, indicate in the column indicated.

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the summary of Schedules.

☐    Check box if the debtor has no secured creditors.

Information is provided for each Secured creditor listed herein.  In each case it is assumed that the debt is **Liquidated, Undisputed, Not Contingent** or subject to **Setoff, Not Cosigned** owed by both debtors if **Joint** filing. If debt is other than as described, information will be provided in the box with description of collateral, value and date purchased here... ↘

| Name<br>Address<br>City/state/zip<br>(and duplicate address) | Alternate description of debt<br>Security =<br>Value of security =<br>Date debt incurred = | Amount of<br>Claim<br>Without<br>Deduction | Unsecured<br>Portion<br>if any |
|---|---|---|---|
| BAC Home Loans<br>P.O. Box 515503<br>Los Angeles, CA 90051 | Security =1st T/D on residence<br>Value of security =$500,000<br>Date debt incurred =09/04 | 452,150 | 0 |
| Wells Fargo Bank, NA<br>P.O. Box 54780<br>Los Angeles, CA 90054 | Security =2nd/Home Equity<br>Value of security =same as above<br>Date debt incurred =11/04 | 99,969 | 52,119 |
| CA Department of Veteran's Affairs<br>P.O. Box 942888<br>Sacramento, CA 94288 | Security =1st T/D on mobile home<br>Value of security =$55,000<br>Date debt incurred =08/07<br>Co-signed with Husband, see Sch "H" | 60,865 | 5,865 |
| | **Secured Debt Total** | $555,191 | |
| | **Unsecured Portion Total** | | $57,984 |

Schedule D

In re:  **Ernestine B. Juhan**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, indicate that by stating "a minor child."  do not include the name or address of a minor child in this schedule.  See 11U.S.C.§112;  Fed R. Bankr P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column so labeled.

If any entity other than a spouse in a joint case may be jointly liable on a claim, indicate "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by indicating in the column indicated.  If the claim is contingent unliquidated, or disputed, indicate in the column indicated.

Report the total of claims listed on each sheet in the box labeled "Total of all claims entitled to priority under  § 507a)(1) and § 507(a)(8) and report separately the se totals also on the Summary of Schedules. If applicable, also report the total on the Means Test Form.

☑    **Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.**

## TYPES OF PRIORITY CLAIMS. (Check appropriate box(es) below if claims in that category are on attached sheets.

☐    **Domestic Support Obligations.**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case.**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. §507(a)(3).

☐    **Wages, salaries, and commissions.**
Wages, salaries and commissions including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to 10,950 per person, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐    **Certain farmers and fishermen.**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

In re: **Ernestine B. Juhan**

**Deposits by individuals.**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

**Taxes and Certain Other Debts Owed to Governmental Units.**
Taxes, custom duties, and penalties owing to federal, state, and local governments as set forth in 11 U.S.C § 507(a)(8).

**Commitments to Maintain the Capital of an Insured Depository Institution.**
Claims base on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve system, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C.  § 507(a)(9).

**Claims for Death or Personal Injury While Debtor Was Intoxicated.**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C.  § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Schedule E

In re: **Ernestine B. Juhan**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims listed.

Information is provided for each priority creditor listed herein.  In each case it is assumed that the debt is **Liquidated, Undisputed, Not Contingent** or subject to **Setoff**, **Not Cosigned** owed by both debtors if **Joint** filing.  If debt is other than as described, information will be provided in the box with date of claim and consideration for claim........................ ↘

| Name<br>Address<br>City/state/zip<br>(and duplicate address) | Date Claim was Incurred<br>and Consideration for<br>Claim.<br>Type of Claim | Amount<br>of<br>Claim | Amount<br>Entitled<br>to<br>Priority | Amount<br>not<br>Entitled<br>to<br>Priority |
|---|---|---|---|---|
|  |  |  |  |  |

Priority Claim Total....... $0

Amount Entitled to Priority............ $0

Amount Not Entitled to Priority.................... $0

Schedule E

In re:  **Ernestine B. Juhan**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of the filing of the petition.  The complete account number of any account of the debtor has with creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

Individual debtors with primarily consumer debts:  If any claim is or may be predominantly nondischargeable under §§ 523(a)(15), or (a)(18) of the Bankruptcy Code (11 U.S.C. § 101 et seq. an indicate that the debt is PND and total these claims separately.  Designating a claim as "PND" is not intended to be an admission by the debtor concerning the dischargeability of any particular scheduled debt.  For example, a debt of the kind described in § 523(a)(15) of the Code would not be discharged in a chapter 7 case, but may be discharged in a chapter 13 case.  Nevertheless, a debtor filing under any chapter should mark a § 523(a)(15) debt as "PND".  The designation is for statistical purposes only and will enable the courts to report to Congress concerning the amount of debt scheduled "in categories which are predominantly nondischargeable," as required by 28 U.S.C. § 159(c)(3)(C).

If any entity other than a spouse in a joint case may be jointly liable on a claim, indicate "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by indicating in the column indicated.  If the claim is contingent unliquidated, or disputed, indicate in the column indicated.

Report the total of "PND" claims and the Total of ALL Claims to the summary of Schedules.

☐        Check box if the debtor has no unsecured nonpriority creditors.

Information is provided for each Unsecured creditor listed herein.  In each case it is assumed that the debt is **Liquidated, Undisputed, Not Contingent** or subject to **Setoff**, **Not Cosigned** owed by both debtors if **Joint** filing.  It is further assumed that each debt listed is **Not PND** (Presumed Nondischargeable).  If debt is other than as described, information will be provided in the box with description of debt and date incurred................  ↘

| Name<br>Address<br>City/state/zip<br>(and duplicate address) | Alternate description of debt, if any.<br>Date debt was incurred. | Amount |
|---|---|---|
| Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19850 | Credit card purchases<br>01/96 | 2,624 |
| Citibank<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | Credit card purchases<br>09/96 | 705 |
| American Express<br>P.O. Box 7871<br>Ft Lauderdale, FL 33329 | Credit card purchases<br>05/04 | 6,706 |

Schedule F

| | | |
|---|---|---|
| Capital One<br>P.O. Box 85015<br>Wilmington, DE 23285 | Credit card purchases<br>03/01 | 6,602 |
| Discover Card<br>P.O. Box 15316<br>Wilmington, DE 19850 | Credit card purchases<br>04/94 | 3,420 |
| Guitar Center/HSBC<br>P.O. Box 5253<br>Carol Stream, IL 60197<br><br>LVNV Funding<br>P.O. Box 740281<br>Houston, TX 77274 | Credit account<br>11/07<br><br>Collection for Guitar Center/HSBC | 1,872 |
| Discover Card<br>P.O. Box 15316<br>Wilmington, DE 19850 | Credit card purchases<br>05/94 | 1,477 |
| GE Capital Retail<br>P.O. Box 960061<br>Orlando, FL 32896<br><br>Portfolio Recovery<br>120 Corporate Blvd, Ste 1<br>Norfolk, VA 23502 | Credit account<br>12/09<br><br>Collection for GE Capital Retail | 1,453 |
| American Express<br>P.O. Box 7871<br>Ft Lauderdale, FL 33329 | Credit card purchases<br>11/04 | 1,350 |
| Kohl's/Capone<br>P.O. Box 2983<br>Milwaukee, WI 53201 | Credit account<br>08/05 | 577 |
| Lowe's/GE Capital Retail<br>P.O. Box 103065<br>Roswell, GA 30076 | Credit account<br>12/04 | 860 |
| Esperanza/Sonrisa Homeowners<br>P.O. Box 51412<br>Los Angeles, CA 90051 | HOA dues<br>08/00 | 325 |

| | |
|---|---|
| **Total of PND Claims** | $0 |
| **Total of ALL Claims** | $27,971 |

Schedule F

In re: **Ernestine B. Juhan**

# SCHEDULE G - EXECUTORY CONTRACTS & UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e. "Purchaser,""Agent,"etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child." See 11 U.S.C. §112, Fed. R. Bankr. P 1007(m).

  Check this Box if debtor has no executory contracts or unexpired leases.

| Name and mailing address including zip code or other parties to lease or contract. | Description of contract or lease and nature of debtor's interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

Schedule G

In re:  **Ernestine B. Juhan**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the non-debtor spouse during the eight years immediately preceding the commencement of the case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C.  §112.  Fed. Bankr. P 1007(m).

☐  Check this box if debtor has no Codebtors.

| Name and address of codebtor | Name and address of creditor |
|---|---|
| Herman Juhan<br>650 S Rancho Santa Fe<br>San Marcos, CA 92078 | CA Department of Veteran's Affairs<br>P.O. Box 942888<br>Sacramento, CA 94288 |

Schedule H

In re:  Ernestine B. Juhan

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  do not state the name of any minor child.  The average monthly income calculated may differ from the current monthly income calculated on Form 22a, 22B, or 22c.

| Debtors Marital Status: | Separated |
|---|---|
| Dependents of debtor and spouse : | Debtor has three children ages 18,  17, and 12 years |
| Describe expected increases/decreased in pay next 12 months: | None expected |

| Employment | Ernestine B. Juhan | |
|---|---|---|
| Occupation: | Secretary | |
| Employer: | San Marcos Unified School District | |
| Employer address: | 255 Pico Avenue   #250 | |
| Employer City/state: | San Marcos, CA 92069 | |
| How long employed/Tel | 7 years          (760) 290-2535 | |

| Income | Ernestine B. Juhan | |
|---|---|---|
| Income from Wages, Salaries + Overtime | $2,802 | |
| DEDUCTIONS:............Federal: | $0 | |
| ................State: | $0 | |
| .......Social Sec.: | $118 | |
| ..........Medicare: | $41 | |
| ....................SDI: | $27 | |
| Other: | $112 | |
| Estimated net monthly take home pay: | $2,504 | $0 |
| Income - Operation of Business: | | |
| Income from Real Property: | | |
| Interest and Dividends: | | |
| Alimony, Maintenance,  Support | | |
| Social Security or Government Assist: | | |
| Pension or Retirement: | | |
| Other:  Assistance for Children | $1,460 | |
| Subtotal of other income above: | $1,460 | $0 |
| TOTAL COMBINED MONTHLY INCOME: | $3,964 | |

| Calculation of Income using Year-To-Date figures |
|:---:|

| Number of months income used to calculate. | 12 |
|---|---|

| | Year-To-Date Figure | Monthly Equivalent | Number placed in means test |
|---|---|---|---|
| **Gross Income** | 33,624.08 | 2,802.01 | Line 11 |
| Federal Taxes | | 0.00 | Line 25 |
| State Taxes | | 0.00 | |
| Social Security | 1,412.21 | 117.68 | $186 |
| Medicare | 487.55 | 40.63 | |
| SDI | 328.80 | 27.40 | |
| Medical | | 0.00 | Line 26 |
| Dental | | 0.00 | |
| Vision | | 0.00 | $112 |
| Life | 1,347.40 | 112.28 | |
| | | 0.00 | |
| **Net Income** | $30,048.12 | $2,504.01 | |

| CURRENT MONTHLY INCOME DETAILS FOR THE DEBTOR |
|---|

The debtor has been at this job for at least the last 6 months. Income does not vary considerably. The year-to-date income was used from the most recent pay stub available in order to calculate the average monthly income as shown above. This average monthly income shown above is the figure which is shown in schedule I. This figure is the same amount shown in Line 11 of the attached Means Test.

Likewise, the monthly expenses for the debtor are calculated utilizing the year-to-date expenses in each category. The taxes (shown in pink color) calculated above are added and placed in the Means Test, Line 25. Other deductions above are added and placed in the Means Test, Line 26

### ATTORNEY CERTIFICATE

I have reviewed the documentation of the debtor upon which the representations of the debtor are made in this statement.

Dated: January 20, 2012

/s/ R. Creig Greaves

**R. Creig Greaves**

Schedule I

In re    Ernestine B. Juhan

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Estimated average monthly expenses.  Pro rate bi-weekly, quarterly, semi annual to show monthly rate.

☐ Check box if a joint petition is filed and debtor's spouse has separate household.  List expenses separately.
Otherwise expenses of Debtor are for both husband and wife

| | Debtor | Spouse |
|---|---|---|
| (1) Rent or home mortgage payment:. . . . . . . . . . . . . . . . . . . . . . . . . | 2,301 | |
| Taxes included? ☐ yes ☑ no   Insurance included? ☑ yes ☐ no | | |
| (2) Utilities:    Electricity and heating fuel:. . . . . . . . . . . . . . . . . . . . . . | 110 | |
| Water and sewer:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 100 | |
| Telephone:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 160 | |
| (3) Home maintenance (repairs and upkeep) HOA. . . . . . . . . . . . . . . . . . | 110 | |
| (4) Food -  (4 family members):. . . . . . . . . . . . . . . . . . . . . . . . . . | 450 | |
| (5) Clothing:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 50 | |
| (6) Laundry and dry cleaning:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| (7) Medical, dental and drug expense:. . . . . . . . . . . . . . . . . . . . . . . . | 50 | |
| (8) Transportation (not including car payments). . . . . . . . . . . . . . . . . . . | 300 | |
| (9) Recreation, clubs and entertainment, newspapers, magazines, etc:. . . . . . | 100 | |
| (10) Charitable contributions:. . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| (11) Insurance:    (a) Homeowner's or Renter's:. . . . . . . . . . . . . . . . . . | 120 | |
| (b) ☐ Life ☐ health ☐ other insurance:. . . . . . | | |
| (c) Auto Insurance. . . . . . . . . . . . . . . . . . . . . . . . . . | 110 | |
| (12) Taxes (not deducted from wages) Specify: Prop taxes | 400 | |
| (13) Installment payments: ☐ Auto ☐ Proposed auto ☐ Other:___ | | |
| (14) ☐ Alimony ☐ Child Support  Ages of children .[. .]. . . . . . . . . | | |
| (15) Payments for support of additional dependents not living at home:. . . . . | | |
| (16) Regular expenses from operation of business, profession or farm:. . . . . | | |
| (17) Other: Cable TV and Internet:. . . . . . . . . . . . . . . . . . . . . . . . . . | 100 | |
| Student Loans. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 200 | |
| (18)                 TOTAL MONTHLY EXPENSES | $4,661 | $0 |

(19)  Describe any increase or decrease in expenditures anticipated within I year from the filing of this document:   None expected

| (20) STATEMENT OF INCOME: | a. Total projected monthly Income:. . | $3,964 |
|---|---|---|
| | b. Total projected  monthly expenses | $4,661 |
| | c. **Monthly net income**  (a minus b.) | ($697) |

Schedule J

IN RE  Ernestine B. Juhan

Case number:

| Check the box as directed in Parts I, II, and IV of this statement. |
|---|
| ☐  **The presumption arises** |
| ◼  **The presumption does not arise** |
| ☐  **The presumption is temporarily inapplicable** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS TEST CALCULATION

In addition to Schedule I and J, this statement must be completed by every individual Chapter 7 debtor, whether or not filing jointly,. Unless the exclusion in Line 1C  applies, joint debtors may complete a single statement.  If the exclusion in Line 1C  applies, each joint filer must complete a separate statement.

| Part I.  MILITARY AND NON-CONSUMER DEBTORS. |
|---|

| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA ,  (1)  check the box at the beginning of the Veteran's Declaration, (2) check the "Presumption does not arise" box at the top of this statement, and (3) complete the verification in Part VIII.  Do not complete any of the remaining parts of this statement.<br><br>☐    **Veteran's Declaration.**  By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. §3741(1) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
|---|---|
| 1B | **Non-Consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIIII.  Do not complete any of the remaining parts of this statement.<br><br>☐    **Declaration of non-consumer debts.**  By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members: active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1) after September 22, 2001, for a period of at least 90 days, or who have performed homeland defense activity as defined in 32 U.S.C. § 901(1) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and in 540 days thereafter the "exclusion period").  If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII.  **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐        **Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because as a member of a reserve component of the Armed Forces or the National Guard<br><br>a.    ☐    I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>☐    I remain on active duty, /or/<br>☐    I was released from active duty on__, which is less than 540 days before this bankruptcy case was filed.<br><br>OR<br><br>b.    ☐    I am performing homeland defense activity for a period of at least 90 days /or/<br>☐    I performed homeland defense activity for a period of at least 90 days terminating on ____, which is less than 540 days before this bankruptcy case was filed. |

## Part II.  CALCULATION OF MONTHLY INCOME FOR § 707(B)(7) EXCLUSION

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried.  **Complete only Column A ("Debtor's Income:) for Lines 3-11**<br>b. ☒ Married, not filing jointly, with declaration of separate households.  By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code."<br>**Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.B above,  **Complete both Column A ("Debtor's Income") and Column B (spouse's Income) for Lines 3-11.**<br>d. ☐ Married, filing jointly.  **Complete both Column A ("Debtor's Income") and Column B (spouse's Income) for Lines 3-11.** | | |
| | All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case ending on the last day of the month before the filing.  If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $2,802 | $0 |
| 4 | **Income from the operation of a business, profession or farm.**  Subtract line b from Line a and enter the difference on Line 4.  do not enter a number less than zero.  **Do not include and part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross Receipts ............ $0<br>b. Ordinary and necessary business expenses<br>c. Business income ............ $0 | $0 | $0 |
| 5 | **Rent and other real property income.**  Subtract line b from Line a and enter the difference on Line 5. Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross income ............ $0<br>b. Ordinary and necessary operating expenses<br>c, Rental Income ............ Subtract Line b from Line a | $0 | |
| 6 | **Interest, dividends and royalties.** | $0 | $0 |
| 7 | **Pension and retirement income.** | $0 | $0 |
| 8 | **Any amounts Paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child or spousal support paid for that purpose.**  Do not include amounts paid by the debtor's spouse if Column B is completed. | $0 | $0 |
| 9 | **Unemployment compensation**.  Enter the amount in Column A and, if applicable, Column B.  However, if you contend that unemployment compensation received by you or your spouse was a benefit under the social Security Act, do not list the amount of such compensation in Column A or B, But instead state the amount in the space Below.<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act.  Debtor $0   Spouse $0 | $0 | $0 |
| 10 | **Income from all other sources**.  Specify source and amount.  If necessary, list additional sources on a separate page.  Do not include alimony or separate maintenance payments paid by your souse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. ............ $0<br>b. ............ $0<br>Total and enter on Line 10. | $1,460 | $0 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $4,262 | $0 |
| 12 | **Total Current Monthly Income for § 707(b)(7).**  If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $4,262 | |

| | **Part III.  APPLICATION OF § 707(B)(7) EXCLUSION** | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $51,144 |
| 14 | **Applicable median family income**.  Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  a.  Enter debtor's state of residence: ___California___  b.  Enter debtors household size: ___4___ | $74,806 |
| 15 | **Application of Section 707(b)(7)**.  Check the applicable box and proceed as directed.<br>☑   **The amount on line 13 is less than or equal to the amount on Line 14.**   Check the "Presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐   **The amount on Line 13 is more than the amount on Line 14.**   complete the remaining parts of this statement. |

| | **Part VIII:  VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  (If this is a joint case, both debtors must sign.)<br><br>Date: __January 20, 2012__          Signature:  /s/  Ernestine B. Juhan<br>                                                                                      **Ernestine B. Juhan** |

In re: **Ernestine B. Juhan**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___16___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _January 20, 2012_                    /s/ _Ernestine B. Juhan_____
                                            **Ernestine B. Juhan**

Oath to Schedules

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re:    **Ernestine B. Juhan**                                                                                      Case No.

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to mind children by stating "a minor child."  11USC § 112.

Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

# DEFINITIONS

**"In business."** A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within two years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed [ful-time or part-time].  An individual debtor also is [may be] "in business" for the purpose of this form if the debtor engages in a trad, business, or other activity, other that as an employee to supplement income from the debtor's primary employment.

**"Insider."**  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. §101.

---

## 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade or profession or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under Chapter 12 or Chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Source | | | | Amount |
|---|---|---|---|---|
| Income from | ☑ Employment ☐ | Business | 2012 YTD est........ | $3,000 |
| Income from | ☑ Employment ☐ | Business | 2011....................... | $33,000 |
| Income from | ☑ Employment ☐ | Business | 2010..................... | $32,510 |

## 2.  Income other than from employment or business.

None   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor`s business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed,  state  income  for  each spouse  separately. (Married debtors filing under Chapter 12 of Chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | | Source |
|---|---|---|
| $1,460 | per month | children's benefits |

## 3.  Payments to creditors.   (Complete a or b, as appropriate, and c.)

None    a.  Individual or joint debtor(s) with primarily consume debts. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, [except for a debt on an account of a domestic support obligation,] made within **90 days** immediately preceding the commencement of this case.  Indicate with and* any payments that were made to the creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payment | Amount Paid | Amount Owing |
|---|---|---|---|
| | Last 90 Days | | |

None    b. Debtor whose debts are not primarily consumer debts:  List all payments or other transfers to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk(*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payment | Amount Paid | Amount Owing |
|---|---|---|---|
| | | | |

None    c.  All Debtors: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition if filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payment | Amount Paid | Amount Owing |
|---|---|---|---|
| | | | |

## 4. Suits , administrative proceedings, executions, garnishments & attachments.

None



a. List all suits to which the debtor is or was a party within **one year** immediately preceding the filing of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| | | | |

None



b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| | | | |

## 5.  Repossessions, foreclosures and returns.

None



List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding  the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
|---|---|---|
| | | |

## 6.  Assignments and receiverships.

None



a. Describe any assignment of property for the benefit of creditors made within **120 days**  immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include any  assignment by either or  both spouses  whether or not a joint petition is filed,  unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|
| | | |

None b. List all property which has been in the hands of a custodian, receiver, or court appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court, Title & Number | Date of Order | Description and Value of Property |
|---|---|---|---|
| | | | |

## 7. Gifts.

None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under Chapter 12 or Chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)



| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|
| | | | |

## 8. Losses.

None List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under Chapter 12 or Chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)



| Description and Value of Property | Description of Circumstances and, if Loss was Covered in whole or in part by Insurance. Give particulars | Date of Loss |
|---|---|---|
| | | |

## 9. Payments related to debt counseling or bankruptcy.

None List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case. *(See Disclosure of Compensation for payments made to attorney of record , R. Creig Greaves)*

| Name and Address of Payee | Date of Payment, Name of payor if other than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| R. Creig Greaves | To be paid in monthly installments after filing. | to be paid a total of **$ 1,500.00** |

## 10. Other transfers.

None



**a.** List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|
| | | |

None



**b.** List all property transferred by debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| Name and Address of Transferee, Relationship to Debtor | Date(s) of Transfer(s) | Amount of Money or Description and Value of Property or Debtor's Interest in Property |
|---|---|---|
| | | |

## 11.  Closed financial accounts.

None



List all financial accounts and instruments held in the name of debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type and Number of Account and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|
| | | |

## 12. Safe deposit boxes.

None

List each safe deposit or other box or depository in which the debtor has or had securities, case, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Names and Addresses of those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|
| | | | |

## 13.  Setoffs.

None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|
|  |  |  |

## 14.   Property held for another person.

None

List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|
|  |  |  |

## 15.  Prior address of debtor.

None

If the debtor has moved within the **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| Address | Name used | Dates of Occupancy |
|---|---|---|
| Address on this petition | Debtor(s) name on petition | 11 years |
|  |  |  |

## 16.   Spouses and Former Spouses.

None

If the debtor resides or resided in a community property state, commonwealth, or territory, (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **eight-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| Name of Spouse or Former Spouse |
|---|
| Name of non filing spouse, if any:    **Herman J. Juhan**  = separated<br><br>Name of prior spouse, if any: |

Statement of Financial Affairs

## 17.  Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ■   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
| --- | --- | --- | --- |
|  |  |  |  |

None ■   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
| --- | --- | --- | --- |
|  |  |  |  |

None ■   c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition. |
| --- | --- | --- |
|  |  |  |

## 18.  Nature, location and name of business.

None



a.  If the debtor Is an individual, list the names and addresses taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self employed in a trade, profession, or other activity either full or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| Name | 4 Digits of Social Security or full Taxpayer ID. | Address | Nature of Business | Beginning and Ending Dates of Operation |
|------|------|------|------|------|
|  |  |  |  |  |

None



b.  Identify any business listed in response to the subdivision a. above, that is "single asset real estate" as defined in 11 U.S.C.  § 101.

| Name | Address |
|------|------|
|  |  |

(If completed by an individual or individual and spouse)
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date:   January 20, 2012                                   /s/  Ernestine B. Juhan
                                                           **Ernestine B. Juhan**

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and§ 3571

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

In Re:  **Ernestine B. Juhan**

Bankruptcy No: _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. §329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept. . . . . . . . . . . . . . . . | $1,500.00 |
| Prior to the filing of this statement I have received. . . . . . . . . . . | $0.00 |
| Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$1,500.00** |

2.    The source of the compensation paid to me was:  Debtor(s)

3.    The source of compensation to be paid to me is:  Debtor(s)

4.    ■    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

d.  Other:  Negotiation with secured creditor(s) in any reaffirmation agreements.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**Representation of debtor(s) in any adversary proceedings or other contested bankruptcy matter.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   January 20, 2012                                    /s/ R. Creig Greaves

                                                              **R. Creig Greaves** (071035)
                                                              Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re:   **Ernestine B. Juhan**                                                                    Case No.

## CHAPTER 7 INDIVIDUAL DEBTORS STATEMENT OF INTENTION

(Check each applicable box)

- ☒ I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
- ☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
- ☒ I intend to take the following action with respect to the property of the estate which secures those debts or is subject to a lease:

**Secured Property**

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property will be Redeemed 11 USC § 722 | Debt will be reaffirmed 11 USC §524(c) |
|---|---|---|---|---|
| Residence | Bank of America, Wells Fargo and CA Dept of VA | | | X |
| | | | | |
| | | | | |

**Leased Property**

| Description of Leased Property | Lessor's Name | Property will be Surrendered | Lease will be assumed 11 USC § 362(b)(1)(A). |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Dated:  January 20, 2012                          /s/ Ernestine B. Juhan

                                                **Ernestine B. Juhan**

B 201 (10/05)

# UNITED STATES BANKRUPTCY COURT
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice:  (1)  Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.  You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**.  The briefing must be given within 180 days <u>before</u> the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

### <u>Chapter 7:  Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)</u>

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1,046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

(Not applicable - deleted.  Preparer is an attorney.)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Date:  January 20, 2012     /s/  Ernestine B. Juhan

**Ernestine B. Juhan**

**R. Creig Greaves** (Bar #071035)
Attorney at Law
110 West "C" St., #2101
San Diego, CA  92101
(619) 234-0033

## UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, CA 92101

**Ernestine B. Juhan**

Bankruptcy No:

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

☑    New petition filed concurrently with this original matrix.

☐    Conversion filed on_____. See Instructions on reverse side.
    ☐    Previous matrix affected filed on_____
    ☐    Case filed after JANUARY 1, 1985, and there are no post-petition creditors.  No matrix
         required.

☐    Amendment filed concurrently with this original matrix affecting  Schedule of debts and/or schedule
     of Equity Security Holders.
     See instructions on reverse side.
     ☐    Names and addresses are being ADDED.
     ☐    Names and addresses are being DELETED.
     ☐    Names and addresses are being CORRECTED.

☐    Matrix revised because_____
     Previous matrix affected filed on_____

<u>PART II.</u>  (check one):

☑    The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct
     to the best of my (our) knowledge.

☐    The above-named Debtor(s) hereby verifies that there are no post-petition creditor affected by the
     filing of the conversion of this case and that the filing of a matrix is not required.


Date:   January 20, 2012

/s/  Ernestine B. Juhan
**Ernestine B. Juhan**