CSD 1165 [07/01/18]

Name, Address, Telephone No. & I.D. No.

Franco Simone, Esq.  SBN:163255
Simone & Associates
3702 4th Ave.
San Diego, CA 92103
Telephone:619-235-6180

Attorney for Calm Creek Inc

Order Entered on
February 19, 2020
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re  Ernestine B. Juhan<br><br>                                   Debtor. | BANKRUPTCY NO. 12-00662-LA7 |
| Calm Creek Inc.<br><br>                                   Moving Party | RS NO.  FS-01 |
| Ernestine B. Juhan<br><br>                                   Respondent(s) | |

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
(UNLAWFUL DETAINER)

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages.  Motion Docket Entry No. 28 .

//

//

//

//

DATED:   February 19, 2020

_____
Judge, United States Bankruptcy Court

CSD 1165

CSD 1165 [07/01/18] **(Page 2)**
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY (UNLAWFUL DETAINER)
DEBTOR: Ernestine B. Juhan
CASE NO: 12-00662-LA7
RS NO.: FS-01

The Motion of  Calm Creek Inc.  ("Movant"), for relief from the automatic stay having been filed with the above-entitled court on  January 31, 2020 , and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. __30__, if filed electronically), the Motion, and accompanying Declarations having been served upon parties named below on  January 31, 2020 , and

- ☒ Debtor *(Name)*: Ernestine B. Juhan
- ☒ Debtor's Attorney *(Name)*: Ronald H. Freshman and R. Creig Freaves
- ☒ Trustee *(Name)*: Gregory A. Akers
- ☐ United States Trustee (in Chapter 11 & 12 cases), and
- ☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, **it is hereby ordered that:**

a. The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated as to the estate's or the debtor's interest in the following property and is legally described ☐ in Exhibit B attached, or ☒ described below (specify street address). If pertaining to a foreclosure, the full legal description in addition to the street address is required.

581 Rush Drive, San Marcos, CA 92078, San Diego Country

b. The Movant may proceed with any and all legal remedies available to recover possession of the above-described real property. Said remedies include, but are not limited to, the conclusion of unlawful detainer in State Court, without further restraint of this Court.

**It is further ordered** that *(Optional)*:

Any Bankruptcy filings by Ernestine B Juhan within the next 180 days will not re-impose the section 362 stay with respect to the complaint for Unlawful Detainer know as SDSC Case No. 37-2019-00024997-CL-UD-CTL.

**CSD 1165**

Signed by Judge Louise DeCarl Adler February 19, 2020